SEDGWICK, DETERT, MORAN & ARNOLD LLP
J. CRAIG WILLIAMS, ESQ., CSBN 134308
jcraig.williams@sdma.com
3 Park Plaza, 17th Floor
Irvine, California 92614-8540
Telephone: (949) 852-8200
Facsimile: (949) 852-8282

Attorneys for Plaintiff Jordan Scott

FILED

2009 AUG 19 PM 3:59
CLERK U.S. DISTRICT COURT
CENTRAL DICT. OF CALIF.
SANTA ANA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN SCOTT, an individual, | CASE NO. **CV09- 6076 MRP (RZx)** |
| Plaintiff, | **VERIFIED COMPLAINT FOR:** |
| v. | 1.  **COPYRIGHT INFRINGEMENT;** |
| STEPHENIE MEYER, an individual; LITTLE, BROWN AND COMPANY, a division of HACHETTE BOOK GROUP, USA, INC.; HACHETTE BOOK GROUP, INC., a Delaware corporation; MEGAN TINGLEY BOOKS, a business entity of unknown form, and, DOES 1 through 10, inclusive, | 2.  **CONTRIBUTORY COPYRIGHT INFRINGEMENT;** |
| | 3.  **VICARIOUS COPYRIGHT INFRINGEMENT; AND,** |
| | 4.  **DECLARATORY RELIEF.** |
| | **SEEKING INJUNCTIVE RELIEF, STATUTORY DAMAGES, ATTORNEYS FEES AND COSTS.** |
| Defendants. | **JURY TRIAL DEMANDED** |

SEDGWICK
DETERT, MORAN & ARNOLD LLP

OC/434650v3

-1-
VERIFIED COMPLAINT

Plaintiff Jordan Scott files the following Verified Complaint, based on information and belief, against Defendants Stephenie Meyer; Little, Brown and Company; Hachette Book Group USA, Inc.; Hachette Book Group, Inc.; Megan Tingley Books; and, Does 1 through 10, as follows:

**PARTIES**

1.     Plaintiff Jordan Scott is an individual who resides in Los Angeles, County of Los Angeles, State of California.

2.     Plaintiff is informed and believes and based thereon alleges that Defendant Stephenie Meyer is an individual residing in the State of Arizona.

3.     Plaintiff is informed and believes and based thereon alleges that Defendant Little, Brown and Company is a division of Hachette Book Group USA Inc., with its principal place of business in the State of New York.

4.     Plaintiff is informed and believes and based thereon alleges that Defendant Hachette Book Group, Inc. is a Delaware corporation with its principal place of business in the State of New York.

5.     Plaintiff is informed and believes and based thereon alleges that Defendant Megan Tingley Books is a business entity of unknown form with its principal place of business in the State of New York.

SEDGWICK
DETERT, MORAN & ARNOLD LLP

6.     Plaintiff is ignorant of the true names and capacities of Defendants sued as Does 1-10, inclusive, and therefore sues these Doe Defendants by such fictitious names.  Plaintiff will seek leave of Court to amend this Verified Complaint to allege these Doe Defendants' true names and capacities when ascertained.  Plaintiff is informed and believes and alleges that each of the ten fictitiously named Doe Defendants is responsible in some manner for the occurrences alleged, and that Plaintiff's losses were proximately caused by these ten Doe Defendants.

## JURISDICTION

7.     This matter is within this Court's exclusive jurisdiction because it states a copyright claim within the meaning of Rule 8 of the Federal Rules of Civil Procedure as set forth in the following paragraphs.  This Court has original jurisdiction over this matter pursuant to 28 U.S.C. sections 1331, 1338, and 1391. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement and related claims pursuant to 17 U.S.C. sections 101, *et seq.*, and 28 U.S.C. sections 1331 and 1338(a).

8.     This Court has supplemental jurisdiction over Plaintiff's claims arising under the laws of California pursuant to 28 U.S.C. section 1367(a) because these claims are so interrelated to Plaintiff's claims under federal law that they form part of the same case or controversy and derive from a common nucleus of operative facts.

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

OC/434650v3

9.     The Court has personal jurisdiction over Defendants. All Defendants solicit, transact, and are doing business within the State of California and have committed unlawful and tortuous acts both within and outside the State of California causing injury in California. Plaintiff's claims arise out of the conduct that gives rise to personal jurisdiction over Defendants. Plaintiff resides in California.

## VENUE

10.     Venue is proper in this Court pursuant to 28 U.S.C. sections 1391(b)(2) and 1400(a).

## BACKGROUND FACTS

11.     Novels and popular representations of vampires have all been fashionable forms of entertainment since the late Nineteenth century. From Bela Lugosi to the most recent incarnation of a new Bella, various forms of the vampire story have been re-told over the years. The canon of vampire genre is well developed, especially as a particular form of young adult romance novels.

12.     In 2003, at the age of 15, Plaintiff begin writing a novel in the vampire genre. The novel was published three years later in 2006 by Fly By Night Productions, LLC, managed by Blackthorne Media Group. The novel was called *The Nocturne* and was the first of an intended trilogy. Plaintiff has since continued to write in other venues, including screenplays, and has won awards for her work.

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

OC/434650v3

13.    The copyright for Plaintiff's novel *The Nocturne* was registered with the U.S. Copyright Office in 2008 in Plaintiff's name. A true and accurate copy of the registration is attached as **Exhibit A** to this Verified Complaint and incorporated by this reference. Plaintiff owns the copyright on *The Nocturne*.

14.    In 2005, Defendant Stephenie Meyer published her first novel in the Vampire genre, *Twilight*. The novel tells the tale of a teenage girl, Bella Swan, who falls in love with Edward Cullen, a vampire who happens to attend her local high school. That novel was a success and also was made into a highly successful movie of the same name, released in 2008. Defendant Stephenie Meyer had gone on to publish three more books in her *Twilight* series: *New Moon*, *Eclipse*, and finally, in 2008, *Breaking Dawn*.

15.    *Breaking Dawn* represents a significant literary departure from Stephenie Meyer's early books and from the vampire canon generally, and has neither enjoyed critical success nor been accepted as part of the initial trilogy by many of her fans. Contrary to Mrs. Meyer's prior books, this book is instead told from multiple perspectives and centers around a violent birth of the daughter of the human Bella and the vampire Edward Cullen. *Breaking Dawn*'s grammar and writing style are starkly different than Meyer's first three books in the *Twilight* series. Also unlike the three earlier books in the *Twilight* series, *Breaking Dawn* centers more on the emotions of the main characters than action and resolution of character conflict, both almost as if written by a teenager, such as Plaintiff was when Plaintiff wrote *The Nocturne*.

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

OC/434650v3

16.     Defendant has filed a pre-registration of *Breaking Dawn* with the U.S. Copyright Office but has not formally registered her book with the U.S. Copyright Office. A true and accurate copy of the pre-registration is attached as **Exhibit B** to this Verified Complaint and incorporated by this reference. According to the pre-registration, the work was created in "2004-06 (approximate)."

17.     According to the pre-registration, *Breaking Dawn* was published in August 2008, three years after the publication of *The Nocturne*.

18.     Plaintiff Jordan Scott's novel, *The Nocturne*, has since its inception been available on Plaintiff's website, www.jordanscott.com, as she wrote the chapters, and ultimately the book was posed on Plaintiff's website in its entirety. It has also been available from Amazon and Google books since its publication and in one particular, is available online at the web address: "http://books.google.com/books?id=gSa5ONW54HIC&pg=PP2&dq=The+Noctur ne+by+Jordan+Scott&lr=#v=onepage&q=&f=false". The initial printing of 5,000 books of *The Nocturne* sold out and was initially offered though Barnes & Noble, Borders and Amazon.com bookstores, as well as the Tradebit website (most recently with a copy of the cover artwork). *The Nocturne* is about to go into a second printing. Defendant Stephenie Meyer had access to Plaintiff's work via Plaintiff's website, Amazon.com, Google Books, Barnes & Noble, Borders, the Tradebit website and other various online sources.

SEDGWICK
DETERT, MORAN & ARNOLD LLP

19.     On or about November 21, 2008, Plaintiff Jordan Scott became aware of the striking, articulable and substantial similarities between *Breaking Dawn* and *The Nocturne* and Defendants' violation of the protected elements in Scott's work. Scott then caused a cease and desist letter to be written to Stephenie Meyer and her publishers complaining of the unauthorized copying and infringement of Plaintiff Jordan Scott's novel *The Nocturne* and demanding that Defendant Stephenie Meyer cease and desist from continued infringement.  A true and accurate copy of the Cease and Desist letter is attached as **Exhibit C** to this Verified Complaint and incorporated by this reference.

20.     On December 4, 2008, one of the publishers of *Breaking Dawn*, Hachette Book Group, replied on behalf of Stephenie Meyer refusing to acknowledge any copyright infringement and refusing to cease and desist from further infringement.  The letter further requests that Plaintiff provide any comparative analysis performed of the two books.  A true and accurate copy of the Hachette Books letter is attached as **Exhibit D** to this Verified Complaint and incorporated by this reference.

21.     On July 13, 2009, attorneys for Plaintiff Jordan Scott responded to **Exhibit D** by letter and provided a comparative analysis of the striking, articulable and substantial similarities between the two books and Defendants' violation of the protected elements in Scott's copyright.  A true and accurate copy of that letter and enclosures is attached as **Exhibit E** to this Verified Complaint and incorporated by reference.

SEDGWICK
DETERT, MORAN & ARNOLD LLP

22.    The two books show striking, articulable and substantial similarities in the protected elements of essential language, plot lines, themes, dialogue, mood, setting, pace, characters, sequence of events, ideas and other similarities.  By example, some of the following striking, articulable and substantial similarities of these protected elements are set out for sake of comparison:

| The Nocturne, by Jordan Scott. Published June, 2006. Pre-release promotional excerpts distributed October 2005. | Breaking Dawn by Stephenie Meyer, published August 2008 |
|---|---|
| Excerpt: Wedding, page 135 | Excerpt: Wedding, page 43-48 |
| THE DAY of our wedding arrived at last, on the fourteenth day of June. It seemed there were cheers and celebration for miles, with white, lavender and burnt-gold flowers strung all around, chequering the path to a hill that overlooked the sea. At the peak was a wooden archway as an altar, garlanded with rosemary and tiny blossoms; and set beneath it was a flat stone with room for us to stand side by side.<br><br>Annora walked down the aisle, wearing a diaphanous blue gown with frills about her shoulders, ribbons on her wrists, and a veil over her face. Her hair was braided tightly, in a French braid, as you might expect, and fashioned into a chignon.<br>Bridesmaids tossed herbs and petals across her path for our good fortune, as the young men before me gave a slight bow. Annora looked even more stunning than I'd imagined. My heart leapt against my chest when she came into view, and I stood there graciously, delighting in every second of it. She had such poise, such grace for one her age. I was thrilled to watch her.<br><br>Then, at last she stood before me. We each held a red rose, exchanging them as she stepped onto the stone at my side, where we faced each other. | For a brief second, I was distracted by the profusion of white blossoms that hung in garlands from everything in the room that wasn't alive, dripping with long lines of white gossamer ribbons. I tore my eyes away from the bowery canopy and searched across the rows of satin-draped chairs—blushing more deeply as I took in the crowd of faces all focused on me—until I found him at last, standing before an arch overflowing with more flowers, more gossamer.<br><br>"Sure", Alice said easily. "You can start braiding. I want it intricate. The veil goes here, underneath"<br>Alice stepped up and quickly slid both combs into my hair under the edge of the thick braids.<br><br>All I really saw was Edward's face; it filled my vision and overwhelmed my mind. His eyes were a buttery, burning gold; his perfect face was almost severe with the depth of his emotion. And then, as he met my awed gaze, he broke into a breathing smile of exaltation.<br><br>Mercifully, the aisle was very short. And then, at last, I was there. Edward held out his hand. Charlie took my hand, and, in a symbol as old as the world, placed it in Edward's. |

SEDGWICK
DETERT, MORAN & ARNOLD LLP

OC/434650v3

| | |
|---|---|
| **"Rainier," the Priest said, "wilt thou have this woman to be thy wedded wife? Wilt thou love her, comfort her, honor, and keep her, in sickness and in health; and forsaking all others, keep thee only unto her, so long as ye both shall live?"** | Our vows were the simple, traditional words that been spoken a million times, though never by a couple quite like us. We'd asked Mr. Weber to make one small change. He obligingly traded the line "till death do you part" for the more appropriate "as long as we both shall live." |

| The Nocturne Excerpt: After wedding, sex scene on beach, page 137 | Breaking Dawn Excerpt: After wedding, sex scene on beach, page 81-84 |
|---|---|
| **Her lips brushed against mine before she rolled off me, onto the sand.** | His lips brushed down my neck to the tip of my shoulder. |
| **We stood together. And then the ocean roared as the night-tide swept beneath our feet; and clouds fell in streams, as though a heavenly touch had glided through them to color the sky.** | I let the gentle swells break over my toes, and found that he'd been right about the temperature—it was very warm, like bath water. |
| **I said, "I will try to be careful, love; I will, I promise you. I'll be gentle as I can …but it is going to hurt you a little.** | "I promised we would try," he whispered, suddenly tense. "If … if I do something wrong, if I hurt you, you must tell me at once". |
| **I was awestruck by how stunning—how perfectly splendid she was in every imaginable way. Her body was the essence of the most ingenious design: her breasts so ample and her stomach well-toned, her tan skin like silk to my touch, her every muscle curving perfectly around her frame.** | He stood, his back to me, waist deep in the midnight water, staring up at the oval moon. I stared at the smooth lines of his back, his shoulders, his arms, his neck, the flawless shape of him. |
| **There was silence. It could have been no more perfect.** | The moment was so perfect, there was no way to doubt it. |
| **"Like this," I said, pulling her against me as we sank to the dunes with my arms wrapped around her middle.** | His arms wrapped around me, holding me against him, summer and winter. |
| **Don't do that," I whispered and took her hand in mine. "You're so beautiful…I want to see you."** | "But I wouldn't use the word *beautiful*," he continued. "Not with you standing here in comparison." |

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

| The Nocturne Excerpt: Later, after sex, page 143 | Breaking Dawn Excerpt: Later, after sex, page 86 |
|---|---|
| **Not in all my life could I remember a moment to compare with this, with how it felt to lie beside her, thinking that we were not only husband and wife but man and woman, hours ago delivered from our innocence.** | I would have been happy to lie here forever, to never disturb this moment, but my body had other ideas. |
| **My leg rested on hers, and I moved it back and forth, still tempting her. Lying with my chest to her back I kissed her neck, being slightly mischievous as I slid my fingers down her stomach and onto her legs.** | His fingers trailed down the contours of my spine, and I knew that he knew I was awake. I kept my eyes shut and tightened my arms around his neck, holding myself closer to him. |

## FIRST CAUSE OF ACTION

### Copyright Infringement

### (17 U.S.C. § 501)

23.     Plaintiff repeats and incorporates by this reference each and every allegation set forth in the preceding paragraphs.

24.     Plaintiff Jordan Scott owns federally registered copyrights of various creative works including her novel, *The Nocturne*.

25.     At all times relevant, Plaintiff has been the owner of the novel *The Nocturne* and all intellectual property rights associated with the novel *The Nocturne*. Plaintiff holds a copyright registration certificate from the United States Copyright Office for the novel *The Nocturne*. *See* Exhibit A.

SEDGWICK
DETERT, MORAN & ARNOLD LLP

OC/434650v3

26.    Without authorization, Defendant Stephenie Meyer copied the essential language, plot lines, themes, dialogue, mood, setting, pace, characters, sequence of events, ideas and other similarities, ideas and other protected works constituting the intellectual property of Plaintiff Jordan Scott contained in the novel *The Nocturne* and used that essential language, plot lines, themes, dialogue, mood, setting, pace, characters, sequence of events, ideas and other similarities in her book, *Breaking Dawn*, violating Plaintiff's protected elements in Plaintiff's copyright.

27.    Defendants copied Plaintiff's intellectual property.  Plaintiff did not authorize Defendants' copying from Plaintiff's work, *The Nocturne*, its essential language, plot lines, themes, dialogue, mood, setting, pace, characters, sequence of events, ideas and other similarities into Defendant Stephenie Meyer's work, *Breaking Dawn*.

28.    Defendants willfully infringed Plaintiff's registered copyright.

29.    Defendants infringed the copyright in Plaintiff's creative work by publishing the novel *Breaking Dawn* containing the same or similar essential language, plot lines, themes, dialogue, mood, setting, pace, characters, sequence of events, ideas and other protected works and intellectual property that were previously published in Plaintiff's novel, *The Nocturne*, violating Plaintiff's protected elements in Plaintiff's copyright.

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

-11-
VERIFIED COMPLAINT

30.     Defendants neither sought nor obtained Plaintiff's permission to copy or otherwise use Plaintiff's work, *The Nocturne*.  Defendants knew or should have known the infringed work belonged to Plaintiff and that they did not have permission to exploit Plaintiff's work.

31.     Defendant infringed on Plaintiff's work by publishing the book *Breaking Dawn* and willfully and intentionally including essential language, plot lines, themes, dialogue, mood, setting, pace, characters, sequence of events, ideas and other intellectual property misappropriated from Plaintiff's novel *The Nocturne* in violation of 17 U.S.C. sections 106 and 501.

32.     Defendants knew or should have known their acts constituted copyright infringement.  Plaintiff seeks Defendant Stephenie Meyer's acknowledgement that Meyer copied Plaintiff's work.

33.     Defendants' conduct was willful within the meaning of the Copyright Act.

34.     As a result of their wrongful conduct, Defendants are liable to Plaintiff for copyright infringement pursuant to 17 U.S.C. sections 501, *et seq.*  Plaintiff has suffered, and will continue to suffer, substantial losses, including but not limited to damage to her business reputation and goodwill.

SEDGWICK
DETERT, MORAN & ARNOLD LLP

OC/434650v3

-12-
VERIFIED COMPLAINT

35.     In addition, because Defendants' infringement was willful, the award of statutory damages should be enhanced in accordance with 17 U.S.C. section 504(c)(2).

36.     Plaintiff has no other adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of the above-described acts.  Plaintiff is informed and believes, and upon that basis alleges, that unless enjoined by the Court, Defendants' infringing activity will continue, with attendant irreparable harm to Plaintiff.  Accordingly, Plaintiff seeks preliminary and permanent injunctive relief pursuant to 17 U.S.C. section 502 and seizure of the offending copies pursuant to 17 U.S.C. sections 503 and 509.

37.     Plaintiff is entitled to recover damages, which include her losses and any and all profits Defendants have made as a result of their wrongful conduct.  17 U.S.C. section 504.  Alternatively, Plaintiff is entitled to statutory damages under 17 U.S.C. section 504(c).

38.     Plaintiff is entitled to recover her attorneys' fees and costs of suit pursuant to 17 U.S.C. section 505.

## SECOND CAUSE OF ACTION

### Contributory Copyright Infringement

39.     Plaintiff repeats and incorporates by this reference each and every allegation set forth in the preceding paragraphs.

SEDGWICK
DETERT, MORAN & ARNOLD LLP

OC/434650v3

-13-
VERIFIED COMPLAINT

40.    Numerous individuals and entities directly infringed Plaintiff's copyrighted work.

41.    Defendants induced, caused and materially contributed to the infringing acts of others by encouraging, inducing, allowing and assisting others to reproduce and distribute *Breaking Dawn* in violation of Plaintiff's copyright in *The Nocturne*.

42.    Defendants had knowledge of the infringing acts relating to Plaintiff's copyrighted work.

43.    The acts and conduct of Defendants, as alleged above in this Verified Complaint constitute contributory copyright infringement.

## THIRD CAUSE OF ACTION

### Vicarious Copyright Infringement

44.    Plaintiff repeats and incorporates by this reference each and every allegation set forth in the preceding paragraphs.

45.    Numerous individuals and entities directly infringed Plaintiff's copyrighted work.

46.    Defendants had the right and ability to control the infringing acts of the individuals or entities who directly infringed Plaintiff's work.

SEDGWICK
DETERT, MORAN & ARNOLD LLP

47. Defendants obtained a direct financial benefit from the infringing activities of the individuals or entities who directly infringed Plaintiff's work.

48. The acts and conduct of Defendants, as alleged above in this Verified Complaint constitute vicarious copyright infringement.

## FOURTH CAUSE OF ACTION

### Declaratory Relief

### (17 U.S.C. §§ 101, *et seq.*)

49. Plaintiff repeats and incorporates by this reference each and every allegation set forth in the preceding paragraphs.

50. Plaintiff contends that Defendant Stephenie Meyer misappropriated Plaintiff's copyrighted intellectual property including essential language, plot lines, themes, dialogue, mood, setting, pace, characters, sequence of events, ideas and other valuable and protected intellectual property contained in Plaintiff's novel *The Nocturne* and used in writing her book *Breaking Dawn*.

51. Plaintiff is informed and believes that Defendant Stephenie Meyer disputes Plaintiff's claims of copyright infringement and instead asserts that *Breaking Dawn* is an independent work derived from independent sources and not derivative of Plaintiff's novel *The Nocturne*.

OC/434650v3

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

52.    By reason of the foregoing, there now exists between the parties an actual and justicible controversy concerning Plaintiff Jordan Scott and Defendants' respective rights and obligations with respect to the derivative nature of the book *Breaking Dawn* with respect to Plaintiff Jordan Scott's novel, *The Nocturne*, requiring declaratory relief.

53.    The judicial declaration is necessary and appropriate at this time so that the parties may determine their rights with respect to each other regarding the scope of the copyright protection of *The Nocturne* and the derivative nature of *Breaking Dawn*.

54.    Plaintiff has no adequate remedy at law.

55.    Accordingly, Plaintiff seeks pursuant to 28 U.S.C. section 2201 a judgment from this Court that Defendant Stephenie Meyer and the other Defendants violated Plaintiff's copyrighted intellectual property in the novel *The Nocturne* in the writing and publishing of the book *Breaking Dawn*.

OC/434650v3

SEDGWICK
DETERT, MORAN & ARNOLD LLP

### **PRAYER**

Plaintiff Jordan Scott respectfully requests judgment as follows:

(1)     That the Court enter a judgment against Defendants that they have willfully infringed Plaintiff's rights in federally registered copyright under 17 U.S.C. sections 106 and 501 and otherwise injured the business reputation and business of Plaintiff by Defendants' acts and conduct set forth in this Verified Complaint.

(2)     That the Court issue injunctive relief against Defendants, and that Defendants, their agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with them, be enjoined and restrained from copying, posting or making any other infringing use or infringing distribution of audiovisual works, photographs or other materials, derivative or otherwise, owned by or registered to Plaintiff.

(3)     That the Court enter an injunction and an order of impoundment pursuant to 17 U.S.C. sections 502, 503 and 509(a) impounding all infringing copies of Plaintiff's work, which are in Defendants' possession or under their control.

(4)     Defendant Stephenie Meyer's admission that she copied Plaintiff's work.

(5)     That the Court order Defendants to pay Plaintiff's general, special,

SEDGWICK
DETERT, MORAN & ARNOLD LLP

OC/434650v3

-17-
VERIFIED COMPLAINT

actual and statutory damages as allowed by law:

a.    Plaintiff's damages and Defendants' profits pursuant to 17 U.S.C. section 504(b), or in the alternative, enhanced statutory damages pursuant to 17 U.S.C. section 504(c)(2), for Defendants' willful infringement of Plaintiff's copyright; and,

b.    Plaintiff's attorneys fees and costs pursuant to 17 U.S.C. section 505, as allowed by law.

(6)    Such other and further relief as this Court may award.

DATED: August 19, 2009       SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:  _____
     J. Craig Williams
     jcraig.williams@sdma.com
     Attorneys for Plaintiff Jordan Scott

1

## JURY TRIAL DEMAND

2

3      Plaintiff demands a jury trial in the above-entitled matter as provided

4  by Rule 38(a) and (b) of the Federal Rules of Civil Procedure.

5

6  DATED: August 19, 2009      SEDGWICK, DETERT, MORAN & ARNOLD LLP

7

8                                   By

9                                       J. Craig Williams;
                                        jcraig.williams@sdma.com
10                                      Attorneys for Plaintiff Jordan Scott

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## VERIFICATION

I, Jordan Scott, verify and declare under penalty of perjury that I am the Plaintiff in the foregoing action, I have read the foregoing Verified Complaint and know its contents, and that the matters contained in the Verified Complaint are true to my own knowledge, except those matters stated to be alleged on information and belief and those matters I believe to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Los Angeles, California, on the 19 of August, 2009.

_____
Jordan Scott

SEDGWICK
DETERT, MORAN & ARNOLD

OC/434650v3

-20-
VERIFIED COMPLAINT

# EXHIBIT A

Type of Work:        Text

Registration Number / Date:
                     TX0006874176 / 2008-09-19

Application Title: The Nocturne.

Title:               The Nocturne.

Description:         Electronic file (eService)

Copyright Claimant:
                     Jordan Scott.

Date of Creation:  2003

Date of Publication:
                     2006-07-05

Nation of First Publication:
                     United States

Authorship on Application:
                     Jordan S Scott, 1988-  ;  Domicile: United States;
                         Citizenship: United States. Authorship: Entire text,
                         editing, orginal work.

Rights and Permissions:
                     Jordan S Scott, Fly By Night Productions, LLC, 9595
                         Wilshire Blvd, Suite 900, Beverly Hills, CA, 92012,
                         United States, (619) 987-7372, (619) 818-8116,
                         jordanscott22@yahoo.com

Copyright Note:    C.O. correspondence.

ISBN:                100977799697

Names:               Scott, Jordan S, 1988-
                     Scott, Jordan

======================================================================

# EXHIBIT B

Type of Work:       Preregistration

Type of Work Preregistered:
                    Literary Work in Book Form

Preregistration Number / Date:
                    PRE000001479 / 2008-07-30

Application Title: BREAKING DAWN

Title:              BREAKING DAWN

Copyright Claimant:
                    STEPHENIE MEYER

Creation of Work Began:
                    2004-06 (Approximate)

Date of Anticipated Completion:
                    2007-01 (Approximate)

Projected Date of Publication:
                    2008-08-02

Authorship on Application:
                    STEPHENIE MEYER.

Description of Work:
                    The fourth book in the twilight series.Twilight tempted the
                    imagination. New Moon made readers thirsty for more.
                    Eclipse turned the saga into a worldwide phenomenon. It
                    will take your breath away.

Names:              MEYER, STEPHENIE

===============================================================================

# EXHIBIT C



November 21, 2008

# CEASE AND DESIST

<u>**VIA FEDERAL EXPRESS**</u>
*Courtesy copy sent via facsimile*

Ms. Stephenie Meyer
c/o Jodi Reamer, Esq.
Writers House LLC
21 West 26th Street
New York, NY 10010
212-685-1781

　　　　Re:　　*Breaking Dawn* Copyright Infringement

Dear Ms. Meyer:

　　　　This law office has the pleasure of representing Ms. Jordan S. Scott, author of *The Nocturne* © 2006.[1]  It has come to our attention that material (the likeness of characters, plot, etc.) appearing in your book, *Breaking Dawn*, published August 2008, is the sole creation and property of our client, who created and copyrighted this material.  The purpose of this letter is to put you, as well as Writers House LLC, on notice that your book, *Breaking Dawn*, infringes on our client's federally protected copyrights in connection with her book, *The Nocturne*.  A copy of this work was also registered with the Writer's Guild.

　　　　In or about 2004, (in some instances as early as 2003), Ms. Scott made various passages, plot points, and whole entire chapters from *The Nocturne* available on her website, www.jordanscott.com.  Additionally, Google Book Search has made Ms. Scott's book available

---

　　　　[1]　　A copy of Ms. Scott's copyright registration for *The Nocturne* as it appears registered with the U.S. Copyright Office is attached.  Note the work was initially created in 2003.

100 BAYVIEW CIRCLE
SOUTH TOWER, SUITE 330
NEWPORT BEACH, CA 92660-2984
TELEPHONE:  949-833-3088
FACSIMILE:   949-833-3058
WWW.WLF-LAW.COM
JCRAIGWMS@WLF-LAW.COM

J:\wdox\docs\859001\128400.DOC

EXHIBIT C-23



Ms. Stephenie Meyer
c/o Jodi Reamer, Esq.
CEASE AND DESIST
Page 2

in E-book format, also on the Internet. Apparently, this means is how you acquired knowledge of Ms. Scott's copyrighted works.

The unauthorized copying and distribution of the aforementioned material, without the express permission of Ms. Scott constitutes copyright infringement in violation of Title 17 U.S. Code, Section 106(a) of the Copyright Act of 1976, and several recognized international copyright laws.

You are hereby ordered to immediately cease and desist the distribution of works in any form under the guise of your creation, e.g. books, scripts, screenplays, movies or any other material copyrighted by Ms. Scott. You are to immediately inform this law office once you have complied with this request.

If you do not comply, then I am authorized by my client to prosecute you to the fullest extent of the law, wherein we will seek a court order for an injunction prohibiting you, your agents, representatives, etc. from any further dissemination of our client's copyrighted materials. Additionally, your lack of cooperation in this matter may result in civil and criminal damages, profits, civil fines, including but not limited to, fees, penalties, statutory damages, profits paid to our client, attorneys' fees and costs, and prosecution by the United States Attorney's office for willful violation of federal copyright laws.

Demand is hereby made that you immediately cease and desist from any further distribution of the aforementioned copyrighted works. Demand is further made that you advise us of what steps you take.

Very truly yours,

WLF | The Williams Lindberg Law Firm, PC

J. Craig Williams

JCW/gkd

Enclosure

J:\wdox\docs\8599001\128400.DOC

EXHIBIT C-24

Page 1 of 1

Type of Work:      Text

Registration Number / Date:
                   TX0006874176 / 2008-09-19

Application Title: The Nocturne.

Title:             The Nocturne.

Description:       Electronic file (eService)

Copyright Claimant:
                   Jordan Scott.

Date of Creation: 2003

Date of Publication:
                   2006-07-05

Nation of First Publication:
                   United States

Authorship on Application:
                   Jordan S Scott, 1988-  ; Domicile: United States;
                   Citizenship: United States. Authorship: Entire text,
                   editing, orginal work.

Rights and Permissions:
                   Jordan S Scott, Fly By Night Productions, LLC, 9595
                   Wilshire Blvd, Suite 900, Beverly Hills, CA, 92012,
                   United States, (619) 987-7372, (619) 818-8116,
                   jordanscott22@yahoo.com

Copyright Note:   C.O. correspondence.

ISBN:             100977799697

Names:            Scott, Jordan S, 1988-
                  Scott, Jordan

========================================================================



WLF | THE
WILLIAMS
LINDBERG
LAW FIRM, P.C.

November 21, 2008

# CEASE AND DESIST

**VIA FEDERAL EXPRESS**
*Courtesy copy sent via facsimile*

Mr. David Young
Chairman and Chief Executive Officer
Hachette Book Group USA
237 Park Avenue
New York, NY 10017
212-364-0930

      Re:    *Breaking Dawn* Copyright Infringement

Dear Mr. Young:

    This law office has the pleasure of representing Ms. Jordan S. Scott, author of *The Nocturne* © 2006.[1] It has come to our attention that material (the likeness of characters, plot, etc.) appearing in Ms. Meyer's book, *Breaking Dawn*, published August 2008, is the sole creation and property of our client, who created and copyrighted this material. The purpose of this letter is to put Hachette Book Group USA, as well as Stephenie Meyer, on notice that Ms. Meyer's book, *Breaking Dawn*, clearly infringes on our client's federally protected copyrights in connection with her book, *The Nocturne*. This work was also registered with the Writer's Guild.

    In or about 2004, (in some instances as early as 2003), Ms. Scott made various passages, plot points, and whole entire chapters from *The Nocturne* available on her website, www.jordanscott.com. Additionally, Google Book Search has made Ms. Scott's book available

---

[1]    A copy of Ms. Scott's copyright registration for *The Nocturne* as it appears registered with the U.S. Copyright Office is attached. Note the work was initially created in 2003.

EXHIBIT C-26

100 BAYVIEW CIRCLE
SOUTH TOWER, SUITE 330
NEWPORT BEACH, CA 92660-2984
TELEPHONE: 949-833-3088
FACSIMILE: 949-833-3058
WWW.WLF-LAW.COM
JCRAIGWMS@WLF-LAW.COM

J:\wrdox\docs\85900\1\124659.DOC



**WLF** | THE
**WILLIAMS**
**LINDBERG**
LAW FIRM, PC.

Mr. David Young
CEASE AND DESIST
Page 2

in E-book format, also on the Internet. Apparently, this means is how Ms. Meyers acquired knowledge of Ms. Scott's copyrighted works.

The unauthorized copying and distribution of the aforementioned material, without the express permission of Ms. Scott constitutes copyright infringement in violation of Title 17 U.S. Code, Section 106(a) of the Copyright Act of 1976, and several recognized international copyright laws.

You are hereby ordered to immediately cease and desist the distribution of works in any form under the guise of Ms. Meyer's creation, e.g. books, scripts, screenplays, movies or any other material copyrighted by Ms. Scott. You are to immediately inform this law office once you have complied with this request.

If you do not comply, then I am authorized by my client to prosecute you to the fullest extent of the law, wherein we will seek a court order for an injunction prohibiting Ms. Meyer, her agents, representatives, etc. from any further dissemination of our client's copyrighted materials. Additionally, your lack of cooperation in this matter may result in civil and criminal damages, profits, civil fines, including but not limited to, fees, penalties, statutory damages, profits paid to our client, attorneys' fees and costs, and prosecution by the United States Attorney's office for willful violation of federal copyright laws.

Demand is hereby made that you immediately cease and desist from any further distribution of the aforementioned copyrighted works. Demand is further made that you advise us of what steps you take.

Very truly yours,

WLF | The Williams Lindberg Law Firm, PC

J. Craig Williams

JCW/gkd

Enclosure

J:\edox\docs\8590001\124659.DOC

EXHIBIT C-27

Type of Work:       Text

Registration Number / Date:
                    TX0006874176 / 2008-09-19

Application Title: The Nocturne.

Title:              The Nocturne.

Description:        Electronic file (eService)

Copyright Claimant:
                    Jordan Scott.

Date of Creation:   2003

Date of Publication:
                    2006-07-05

Nation of First Publication:
                    United States

Authorship on Application:
                    Jordan S Scott, 1988-  ;  Domicile: United States;
                    Citizenship: United States. Authorship: Entire text,
                    editing, orginal work.

Rights and Permissions:
                    Jordan S Scott, Fly By Night Productions, LLC, 9595
                    Wilshire Blvd, Suite 900, Beverly Hills, CA, 92012,
                    United States, (619) 987-7372, (619) 818-8116,
                    jordanscott22@yahoo.com

Copyright Note:     C.O. correspondence.

ISBN:               100977799697

Names:              Scott, Jordan S, 1988-
                    Scott, Jordan

===========================================================================

EXHIBIT C-28

# EXHIBIT D



**CAROL FEIN ROSS**

Executive Vice President, Business Affairs and General Counsel

December 4, 2008

J. Craig Williams, Esq.
The Williams Lindberg Law Firm, PC
100 Bayview Circle
South Tower, Suite 330
Newport Beach, CA 92660

Re: *Breaking Dawn* - claim of copyright infringement

Dear Mr. Williams:

Your letter dated November 21, 2008 addressed to David Young of Hachette Book Group, Inc. has been referred to me. As legal counsel to Hachette Book Group, I'd like all further communications on this matter to be sent directly to me.

Your letter purports to put Hachette Book Group and Stephenie Meyer on notice of your client's claim of copyright infringement with respect to "material (the likeness of characters, plot, etc.)" in the book *Breaking Dawn* by Ms. Meyer. We trust that you would not undertake such a serious charge unless you have reviewed both works and have prepared a detailed analysis of all copyrighted expression from your client's work that you believe in good faith to have been infringed by *Breaking Dawn*. We therefore require that you send us such detailed analysis, as well as a copy of the "various passages, plot points and whole entire chapters" that you maintain were posted on your client's website, along with confirmation of the dates of such website publication.

We have no reason to believe that *Breaking Dawn* appropriates your client's -- or anyone else's -- work. However, we do take such allegations seriously, and once you send us your detailed comparison setting forth the specifics of your claim, we will be able to evaluate fully and send you a substantive response.

Nothing contained herein shall be deemed an admission of any kind, nor a waiver or any of the rights of Hachette Book Group or Ms. Meyer, all of which are expressly reserved hereby.

Sincerely,

*Carol Fein Ross*

cc: Ms. Stephenie Meyer

237 Park Avenue, New York, NY 10017 Tel 212.364.1510 Fax 212.364.0934 carol.ross@hbgusa.com

EXHIBIT D-29

# EXHIBIT E



3 PARK PLAZA, 17TH FLOOR  IRVINE, CALIFORNIA 92614-8540

*www.sdma.com*  949.852.8200 *phone*  949.852.8282 *fax*

*J. Craig Williams*
*jcraig.williams@sdma.com*

July 13, 2009

*Via Email*
carol.ross@hbgusa.com

Carol Fein Ross
Executive Vice President, Business Affairs and
General Counsel
Hachette Book Group
237 Park Avenue
New York, NY 10017

Re:  Breaking Dawn - Copyright Infringement
     File No.: 05608-000001

Dear Ms. Ross:

This law firm has the pleasure of representing Jordan Scott. This letter responds to your December 4, 2008 letter. We have reviewed both works and have prepared a detailed analysis of all copyrighted expression from our client's work, which shows a striking and substantial similarity to *Breaking Dawn*. In this book, Ms. Meyer misappropriated both the ideas and in many instances the text from my client's book, *The Nocturne*, which becomes apparent using either the subtractive or totality methods.

Our client, Ms. Scott, began creation of *The Nocturne* in 2003. Ms. Scott posted various passages and whole chapters on her website while she was drafting her book. *The Nocturne* was published in 2006. *Breaking Dawn* was not published until 2008, and since *The Nocturne* was posted on the internet, Ms. Meyer had access to it.

Enclosed is a detailed, side-by-side comparative analysis of *The Nocturne* and *Breaking Dawn*, which sets forth both the ideas and the text copied by your client from *The Nocturne*.

Please call me to discuss how your client intends to cease and desist from any further copyright infringement and to compensate my client for her damages.

Very truly yours,

J. Craig Williams
Partner, Sedgwick, Detert, Moran & Arnold LLP

JCW/gkd
Enclosures

OC/432741v1

EXHIBIT E-30

# The Nocturne – Breaking Dawn

Detailed analysis of all copyrighted infringement

| The Nocturne, by Jordan Scott. Published June, 2006. Pre-release promotional excerpts distributed October 2005. | Breaking Dawn by Stephanie Meyer, published August 2008 |
|---|---|
| Excerpt: Wedding, page 135 | Excerpt: Wedding, page 43-48 |

THE DAY of our wedding arrived at last, on the fourteenth day of June. It seemed there were cheers and celebration for miles, with white, lavender and burnt-gold flowers strung all around, chequering the path to a hill that overlooked the sea. At the peak was a wooden archway as an altar, garlanded with rosemary and tiny blossoms; and set beneath it was a flat stone with room for us to stand side by side.

Annora walked down the aisle, wearing a diaphanous blue gown with frills about her shoulders, ribbons on her wrists, and a veil over her face. Her hair was braided tightly, in a French braid, as you might expect, and fashioned into a chignon. Bridesmaids tossed herbs and petals across her path for our good fortune, as the young men before me gave a slight bow. Annora looked even more stunning than I'd imagined. My heart leapt against my chest when she came into view, and I stood there  graciously, delighting in every second of it. She had such poise, such grace for one her age. I was thrilled to watch her.

Then, at last she stood before me. We each held a red rose, exchanging them as she stepped onto the stone at my side, where we faced each other.

"Rainier," the Priest said, "wilt thou have this woman to be thy wedded wife? Wilt thou love her, comfort her, honor, and keep her, in sickness and in health; and forsaking
all others, keep thee only unto her, so long as ye both shall live?"

For a brief second, I was distracted by the profusion of white blossoms that hung in garlands from everything in the room that wasn't alive, dripping with long lines of white gossamer ribbons. I tore my eyes away from the bowery canopy and searched across the rows of satin-draped chairs—blushing more deeply as I took in the crowd of faces all focused on me—until I found him at last, standing before an arch overflowing with more flowers, more gossamer.

"Sure", Alice said easily. "You can start braiding. I want it intricate. The veil goes here, underneath"
Alice stepped up and quickly slid both combs into my hair under the edge of the thick braids.

All I really saw was Edward's face; it filled my vision and overwhelmed my mind. His eyes were a buttery, burning gold; his perfect face was almost severe with the depth of his emotion. And then, as he met my awed gaze, he broke into a breathing smile of exaltation.

Mercifully, the aisle was very short. And then, at last, I was there. Edward held out his hand. Charlie took my hand and, in a symbol as old as the world, placed it in Edward's.

Our vows were the simple, traditional words that been spoken a million times, though never by a couple quite like us. We'd asked Mr. Weber to make one small change. He obligingly traded the line "till death do you part" for the more appropriate "as long as we both shall live."

EXHIBIT E-31

# The Nocturne – Breaking Dawn

### Detailed analysis of all copyrighted infringement

| The Nocturne Excerpt: After wedding, sex scene on beach, Page 137 | Breaking Dawn Excerpt: After wedding, sex scene on beach, Page 81-84 |
|---|---|
| Her lips brushed against mine before she rolled off me, onto the sand. | His lips brushed down my neck to the tip of my shoulder. |
| We stood together. And then the ocean roared as the night-tide swept beneath our feet; and clouds fell in streams, as though a heavenly touch had glided through them to color the sky. | I let the gentle swells break over my toes, and found that he'd been right about the temperature—it was very warm, like bath water. |
| I said, "I will try to be careful, love; I will, I promise you. I'll be gentle as I can...but it is going to hurt you a little. | "I promised we would try," he whispered, suddenly tense. "If...if I do something wrong, if I hurt you, you must tell me at once". |
| I was awestruck by how stunning—how perfectly splendid she was in every imaginable way. Her body was the essence of the most ingenious design: her breasts so ample and her stomach well-toned, her tan skin like silk to my touch, her every muscle curving perfectly around her frame. | He stood, his back to me, waist deep in the midnight water, staring up at the oval moon. I stared at the smooth lines of his back, his shoulders, his arms, his neck, the flawless shape of him. |
| There was silence. It could have been no more perfect. | The moment was so perfect, there was no way to doubt it. |
| "Like this," I said, pulling her against me as we sank to the dunes with my arms wrapped around her middle. | His arms wrapped around me, holding me against him, summer and winter. |
| Don't do that," I whispered and took her hand in mine. "You're so beautiful...I want to see you." | "But I wouldn't use the word *beautiful*," he continued. "Not with you standing here in comparison." |

EXHIBIT E-32

# The Nocturne – Breaking Dawn

### Detailed analysis of all copyrighted infringement

| The Nocturne Excerpt: Later, after sex, page 143 | Breaking Dawn Excerpt: Later, after sex, page 86 |
|---|---|
| Not in all my life could I remember a moment to compare with this, with how it felt to lie beside her, thinking that we were not only husband and wife but man and woman, hours ago delivered from our innocence. | I would have been happy to lie here forever, to never disturb this moment, but my body had other ideas. |
| My leg rested on hers, and I moved it back and forth, still tempting her. Lying with my chest to her back I kissed her neck, being slightly mischievous as I slid my fingers down her stomach and onto her legs. | His fingers trailed down the contours of my spine, and I knew that he knew I was awake. I kept my eyes shut and tightened my arms around his neck, holding myself closer to him. |

| The Nocturne Excerpt: After sex on beach, page 145 | Breaking Dawn Excerpt: After wedding, sex on beach 85 |
|---|---|
| "Until my very last breath," I said. "Forever." | "Forever," he agreed, and then pulled us into deeper water. |

EXHIBIT E-33

# The Nocturne – Breaking Dawn

### Detailed analysis of all copyrighted infringement

| The Nocturne Excerpt: Nightmare and character awakens from a nightmare, Page 85-87 | Breaking Dawn Excerpt: Nightmare and character awakens from a nightmare, Page 105-118 |
|---|---|
| There were more demons then, floating figures whose spines were bloody stumps that dangled beneath their black cloaks. I caught sight of their faces: I saw a skull with neither eyes nor flesh, but a fierce red light that burned within them and shone through the cavities in their bones. | The line of black advanced on me through the shroud-like mist. I could see their dark ruby eyes glinting with desire, lusting for the kill. |
| | They ghosted closer, their black robes billowing slightly with the movement. I saw their hands curl into bone-colored claws. |
| All of a sudden the darkness whirled around me, and the dream was slowly floating away. My chest was heaving; in my sleep I could hear myself struggling for my breath. | We were surrounded. We were going to die. And then, like a burst of light from a flash, the whole scene was different. |
| I AWAKENED, and opened my eyes to the warm glow of the morning sun, and saw nothing but an endless view of pine, oak and emerald shrubs. I was still on a bed of grass, with the forest for shelter and a sparkling fresh stream nearby. But that nightmare had seemed so real that, even after I awakened I found I was reassuring myself of the fact it was only my imagination. | I jolted upright, shocked out of the dream. |
| | Later, when I awoke in the dark, it was with shock. The dream had been so very real...so vivid, so sensory.... I gasped aloud, now, disoriented by the dark room. Only a second ago, it seemed, I had been under the brilliant sun. |

EXHIBIT E-34

# The Nocturne – Breaking Dawn

Detailed analysis of all copyrighted infringement

| The Nocturne Excerpt: Upon the discovery of the main character's wife character being pregnant, Page 154 – 155 | Breaking Dawn Excerpt: Upon the discovery of a main character's wife being pregnant, Page 124 - 132 |
|---|---|
| She pulled up her blouse, just to her stomach, and did her best to look down at it. "Do I look any different yet?"<br><br>I felt such great pride and an even more intense love for her. After all these months it had finally happened: she was not only my love, my wife, my reason for being—now she was the mother of my child. There was a new life inside her, growing with her every breath. Thinking of it fulfilled me; and I could, for the first time, say I had an honest belief in God. | I yanked the blue fabric out of the way and stared at my stomach.<br><br>From that first little touch, the whole world had shifted. Where before there was just one thing I could not live without, now there were two. There was no division—my love was not split between them now; it wasn't like that. It was more like my heart had swollen up to twice its size in that moment. |

| The Nocturne Excerpt: A scene describing a woman who's sick because she's pregnant with a child with evil powers, page 57-58 | Breaking Dawn Excerpt: A scene describing a woman who's sick because she's pregnant with a child with evil powers, page 171 |
|---|---|
| Her face was so pale it was frightening; and there were beads of sweat pouring down her forehead. She couldn't even stand; she was so weak. The sight of her this way terrified me, but for some reason I could not bring myself to look away. She was violently ill, vomiting and scarcely able to catch her breath. | Most of her dark hair was pulled away from her face into a messy knot, but a few strands stuck limply to her forehead and neck, to the sheen of sweat that covered her skin. There was something about her fingers and wrists that looked so fragile it was scary. She was sick. Very sick. |

EXHIBIT E-35

# The Nocturne – Breaking Dawn

### Detailed analysis of all copyrighted infringement

| The Nocturne<br>Excerpt:<br>A scene describing how the character feels about his pregnant wife, Page 155-156 | Breaking Dawn<br>Excerpt:<br>A scene describing how the character feels about the woman he loves, who's pregnant with someone else's child, Page 182 |
| --- | --- |
| And she looked more beautiful than ever before, I thought, as her belly was beginning to grow with the baby, who we decided was a boy. | Bella, healthy and glowing, so different than now, but something the same: her body, not distorted, changed in a more natural way. Round with *my* child. |
| The Nocturne<br>Excerpt:<br>A scene between the two main characters, where  the main character's wife talks about being able to sense if her unborn baby is a boy or a girl (she imagines it's a boy)<br>Page 155 | Breaking Dawn<br>Excerpt:<br>A scene between the main character and one who's in love with her, where the main character talks about being able to sense that her unborn baby is a boy, Page 192 |
| "Which is it, then?"<br>"I can't say yet!" she said with a faint smile. "I cannot explain it, either; I just have this sense that I know what it is." | "I don't know he's a boy", she admitted, a little sheepish. "The ultrasound wouldn't work. The membrane around the baby is too hard—like their skin. So he's a little mystery. But I always see a boy in my head." |

EXHIBIT *E-36*

# The Nocturne – Breaking Dawn

### Detailed analysis of all copyrighted infringement

| The Nocturne Excerpt: The main character talks to his pregnant wife about their unborn son, Pages 156, 169, 190, 191 | Breaking Dawn Excerpt: A character watches the woman he loves – and her husband – talking about their unborn son, Pages 325, 327, 346 |
|---|---|
| Most days she sat by the hearth for hours, knitting clothes and blankets for him; while, all this time she would talk to him so that he would hear her voice, and know how deeply he was loved. | Edward, very lightly, put both of his hands against her huge, round stomach. "The f—". He swallowed. "It...the baby likes the sound of your voice". |
| Suddenly she winced and drew back. "What is it?" I asked. "What's wrong?" "He just kicked so hard it startled me." She took hold of my hands and placed them on her belly. "Did you feel that?" | In the next second, she winced. Edward's hand moved to the top peak of her belly and gently rubbed the spot where it must have kicked her. "Shh," he murmured. "You startled it...him". |
| "He needs a name." "I've been thinking about that. I want him to have a special name—something unusual." "Have you thought of any yet?" "Only one," she said, "and you mustn't laugh." "What is it?" She went on: "I want to name him Requiem." "What? You aren't serious, are you?" I said. *Requiem?* That is some sort of song—thing—for Mass—not a name." She was more precious than ever, still childlike in so many ways. "It can be. How can you not adore it?" *Requiem*"—I tried to figure out what sort of name it would make—"sounds so odd." | "What did you call him?" Edward asked curiously. She blushed again. "I sort of named him. I didn't think you would want...well, you know". Bella wiped the back of her hand under her wet eyes. "I kicked a few things around. Playing with Renee and Esme. I was thinking...Ruh-*nez*-may". "Ruhnezmay?" "R-e-n-e-s-m-e-e. Too weird?" |
| ANNORA WAS nearly eight months pregnant and literally counting the days until the baby would arrive. When we awakened each morning she would, with a broad smile, tell me, "One day less to wait." | "That feels good," she sighed. "Ugh, but I'm huge". She really was. "One more day," she said, and patted her stomach. |

EXHIBIT E-37

# The Nocturne – Breaking Dawn

### Detailed analysis of all copyrighted infringement

| The Nocturne Excerpt: The main character describes what's happening after his pregnant wife has been stabbed and she's dying, coughing up blood, Pages 229-237 | Breaking Dawn Excerpt: One of the characters describes what's happening to the woman he loves when she starts bleeding and dying, coughing up blood because of the child she's carrying, Pages 349-353 |
|---|---|
| "My last wish. I ask this," she said: "save Requiem, save our baby." <br> "I can't." <br> "For me, do it for me. Please, whatever you must, do it now so he will have a chance." | Somewhere in this, Bella came around. She responded to their words with a shriek that clawed at my eardrums. "Get him OUT!" she screamed. "He can't BREATHE! Do it NOW!" |
| "Quickly," she said, "save him. You cannot save me, but please help the baby. He's all that matters now." <br> When she tried to take a deep breath, I heard the ragged sound of blood filling her chest. It rose to her throat, more quickly now, and gushed out her mouth with a sputtering wet cough. | "NO! NOW!" Another gush of blood choked off what she was shrieking, he held her head up, desperately trying to clear her mouth so that she could breathe again. |
| I touched the blade to her belly, shaking, teary eyed...then I took the dreaded first step without looking back. | Her hand came down on Bella's stomach, and vivid red spouted out from where she pierced the skin. <br><br> Bella jerked, but didn't scream. |
| I nearly dropped the blade when she gasped and cried in agony, but as soon as I stopped she looked up at me, biting her lip to keep from screaming. | |
| She was falling lifeless in my embrace, fading in and out of consciousness; her hands slipping down my sides, her pained movements coming to a slow stop. | Her legs, which had been curled up in agony, now went limp, sprawling out in an unnatural way. |
| Her heart was still beating, keeping him alive. Her blood was pooling on the floor; very little could have remained in her body | I could hear her heart, thumping unevenly. *Keep it going,* I thought fiercely at her. *You promised. Keep your heart beating.* <br> I heard the soft, wet sound of the scalpel across her stomach. More blood dripping on the floor. |

Page 8

EXHIBIT E-38

# The Nocturne – Breaking Dawn

Detailed analysis of all copyrighted infringement

| | |
|---|---|
| "It doesn't end like this, it can't. And—listen to me—if there is life after this, I will be with you...and if there isn't, there is nothing to fear." I squeezed her hand, kissing her forehead. | "You stay with me now, Bella!" I yelled at her. "Do you hear me? Stay! You're not leaving me. Keep your heart beating!" |
| She took another deep breath, coughing up more blood. | She coughed back at me, her eyes blinking, rolling blindly. |
| I reached in, felt his tiny slippery body and pulled him out as carefully as possible. But the baby—a tiny girl—was already dead. I set her down at my side, hoping that, Annora wouldn't see her. But she did, asking, "Is he all right? Let me see him, let me see my baby." | So Bella'd been wrong. It wasn't the boy she'd imagined. "Let me...," she croaked in a broken whisper. "Give her to me". |
| Looking at him, then at me, she whispered, "He's beautiful." | She moaned out a strange, weak croon. "Renes...me. So...beautiful." |
| I kept spitting up blood, and I sobbed until my eyes were bleary. | I couldn't see anymore. My eyes were wet and blurry. |

Page 9

EXHIBIT E-39

# The Nocturne – Breaking Dawn

Detailed analysis of all copyrighted infringement

| The Nocturne Excerpt: On the death of the main character's wife, Page 230-240 | Breaking Dawn Excerpt: On the death of the main character, (NOTE: This is told from the perspective of her other love interest character, Jacob) Page 355-356 |
|---|---|
| I knew this was the end. I knew it in the worst possible way—in the dark, chilling sense that is so primal it cannot be truly described or fully understood. But it was unmistakable.<br>I felt the pain of her leaving me, to the very depth of my soul. | I knew it was too late. I knew she was dead. I knew it for sure because the pull was gone. I didn't feel any reason to be here beside her. So this body had no more draw for me. |
| I felt horrible just thinking of it, thinking of my failure, my broken promise to her. I had promised she wouldn't die—and in the end I failed, too weak to protect her. All of this was my fault.<br>Now I would have no family. No hope. No reason to go on. No possibility to settle the score. | I felt empty again, now that I'd lost my purpose. Saving Bella had been my fight for so long now. And she wouldn't be saved. She'd willingly sacrificed herself to be torn apart by that monster's young, and so the fight was lost. It was all over. |
| At first I didn't realize what had happened—that it was truly over—but looking at her bloody, mutilated body was sobering. | But there was nothing there, just me, just him. Working over a corpse. Because that's all that was left of the girl we both loved. This broken, bled-out, mangled corpse. |

EXHIBIT E-40

# The Nocturne – Breaking Dawn

### Detailed analysis of all copyrighted infringement

| The Nocturne Excerpt: The main character tries to revive his love interest after he finds out she has apparently stopped breathing, Page 5 | Breaking Dawn Excerpt: A character tries to revive the woman he loves after she has apparently stopped breathing, Page 351. |
|---|---|
| I opened her mouth, breathing in as deeply as I could before I brought my lips against hers and slowly exhaled. As I breathed into her again, I felt the faintest quiver in her chest. | And then I bent over her head. Her mouth looked clear, so I pressed mine to hers and blew a lungful of air into it. I felt her twitching body expand, so there was nothing blocking her throat. |
| The Nocturne Excerpt: The main character sees his newborn son for the first time, and again later, Page 237, 273 | Breaking Dawn Excerpt: The main character sees her newborn daughter for the first time, Page 372-373 |
| He weighed no more than five pounds, immature because he had been born early. But he was perfect in every sense, so beautifully...human, with tiny perfect fingers, toes, eyelashes, lips, and round rose-pink cheeks. His head was covered with the softest hair, so faint it could scarcely be seen. His eyes were squinty and not in focus; as best I could tell they were light-blue, or perhaps grey.

Then, as I held him against my chest with one arm I used the other to help her so she would be closer to me.
In just seconds he realized there was warmth so close—and he did his best to draw nearer to it. | The little, perfectly round head was covered in a thick layer of matted, bloody curls. Her irises were a familiar—but astonishing—chocolate brown. Under the blood, her skin looked pale, a creamy ivory. All besides her cheeks, which flamed with color. Her tiny face was so absolutely perfect that it stunned me.

She leaned her head down, against my chest, burrowing against the warmth. |

EXHIBIT E-41

# The Nocturne – Breaking Dawn

### Detailed analysis of all copyrighted infringement

| The Nocturne Excerpt: When the main character is turned into a vampire, Page 263, 267, 268; Newly-made vampire talks about loss of memories of their human life, Page 283-284 | Breaking Dawn Excerpt: When the main character is turned into a vampire, page 354-355, 415, 488-489; newly-made vampire talks about loss of memories of their human life, Page 391 |
|---|---|
| My entire body felt like ice all of a sudden. My heart was slowing, and instead of a pulse, I could hear blood streaming throughout my body, lifelessly. | It was harder, as if her blood was congealing there—thicker and slower. |
| I heard flesh splitting, just as I felt a small gush of something bitter and cold in my mouth. | But I could hear the lush tearing of her skin as his teeth bit through, again and again, forcing venom into her system at as many points possible. |
| I scaled the wall with no effort, descending smoothly to the ground on the opposite side. My muscles were once again well-defined, with the strength of steel and no fatigue no matter how fast I ran. | I kept waiting to feel winded, but my breath came effortlessly. I waited for the burn to begin in my muscles, but my strength only seemed to increase as I grew accustomed to my stride. |
| I scarcely noticed my new eyesight, keen sense of touch and smell, and strangely greater awareness. Everything was in perfect sight, yet not at all as it had been when I was human; the world, though masked by night, seemed to be glowing. It was more colorful than I ever knew; each and every facet of nature was moving in perfect symmetry, with frosty, swaying branches like prisms through which the moonlight shone. | Everything, I could have said; his perfect voice, his breath, his lips brushing together as he spoke, the whisper of birds preening their feathers in the treetops, their fluttering heartbeats, the maple leaves scraping together, the faint clicking of ants following each other in a long line up the bark of the nearest tree. The forest was much more alive than I'd ever known—small creatures whose existence I'd never guessed at teemed in the leaves around me. |
| I tore through the garden, finding my way down the path, over the little stone tiers at the veranda, to the final battlement that separated me from the outside world. | We darted through the hidden garden, leaped lightly over the stone wall, and hit the forest at a dead sprint. |

Page 12

EXHIBIT E-42

# The Nocturne – Breaking Dawn

Detailed analysis of all copyrighted infringement

| | |
|---|---|
| Our happy times—the memories I truly cherished—had begun to fall away already.<br>A cold pang went into the wound, and I put my hand over it, feeling this gaping hole...and the outline of my ribcage, all warm and wet with blood. My whole world went dark. Blackness was coming, I could feel it. My body was turning cold. I couldn't move my limbs. I was dying. | Already, the memory seemed dim, like I was watching through a thick, dark veil—because my human eyes had been half blind. Everything had been so blurred. Inside me, something had yanked the opposite direction. Rippling. Breaking. Agony.<br>The darkness had taken over, and then washed away to a wave of torture. I couldn't breathe—I had drowned once before, and this was different; it was too hot in my throat. Pieces of me shattering, snapping, slicing apart...More blackness. |

| The Nocturne Excerpt:<br>In several different instances, the main character refers to his wife as "love" in dialogue, Page 48, 132, 137, 140 | Breaking Dawn Excerpt:<br>In several different instances, the main character's husband refers to her as "love" in dialogue, Page 391, 393, 399, 480, 486 |
|---|---|
| I laughed. "Next time, love."<br><br>"What is it, love?" I asked. "What's troubling you?"<br><br>I stood, dusting off my clothes. "That was...very funny, love."<br><br>I said, "If you aren't ready, love, tell me."<br><br>"What, love?" | "Bella, love? I'm sorry, I know it's disorienting. But you're all right, everything is fine".<br><br>"Don't panic, love," he said, lifting his hand to touch my lips, parted in horror<br><br>"Bella," Edward said soothingly. "That's not really a good idea. She's half human, love."<br><br>"Sorry, love. I hear it in their thoughts all the time, you know. It's rubbing off on me."<br><br>"It's all right, love. Get dressed, and we'll be back to the house in two seconds". |

EXHIBIT E-43

# The Nocturne – Breaking Dawn

Detailed analysis of all copyrighted infringement

| The Nocturne<br>Excerpt:<br>The main character talks about another character playing a memory for them in their mind, Page 336 | Breaking Dawn<br>Excerpt:<br>The main character talks about another character playing a memory for them in their mind, Page 463 |
|---|---|
| I didn't find him after that, but when he disappeared he left certain visions in my mind—memories, if you will—of the beginnings of Raven's life. | Though I was prepared, it still made me gasp to see memory like a vision in my head. So bright and colorful but also completely transparent. |

EXHIBIT E-44

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Mariana P. Pfaelzer and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

## CV09- 6076 MRP (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

The United States District Judge assigned to this case will review all filed discovery motions and thereafter, on a case-by-case or motion-by-motion basis, may refer discovery related motions to the Magistrate Judge for hearing and determination

================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

SEDGWICK, DETERT, MORAN & ARNOLD, LLP
J. Craig Williams, Esq., CSBN 134308
3 Park Plaza, 17th Floor
Irvine, CA 92614
Telephone: 949-852-8200
Facsimile: 949-852-8282
Email: jcraig.williams@sdma.com
Attorneys for Plaintiff Jordan Scott

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN SCOTT, an individual, **PLAINTIFF(S)** | CASE NUMBER<br><br>**CV09- 6076 MRP (RZx)** |
| v.<br>STEPHENIE MEYER, an individual; LITTLE, BROWN AND COMPANY, a division of HACHETTE BOOK GROUP, USA, INC.; HACHETTE BOOK GROUP, INC., a Delaware corporation; MEGAN TINGLEY BOOKS, a business entity of unknown form; and, DOES 1 through 10, inclusive,<br><br>**DEFENDANT(S).** | **SUMMONS** |

TO:DEFENDANT(S): _____

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>J. Craig Williams</u>, whose address is <u>Sedgwick, Detert, Moran & Arnold, LLP, 3 Park Plaza, 17th Floor, Irvine, CA  92614</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___ AUG 1 9 2009 _____

By: ___ DODJIE GARGANTOS ___   **SEAL**

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
JORDAN SCOTT

**DEFENDANTS**
STEPHENIE MEYER, an individual; LITTLE, BROWN AND COMPANY, a division of HACHETTE BOOK GROUP, USA, INC.; HACHETTE BOOK GROUP, INC., a Delaware corporation; MEGAN TINGLEY BOOKS, a business entity of unknown form; and, DOES 1 through 10, inclusive

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
J. Craig Williams, Esq., CSBN 134308
3 Park Plaza, 17th Floor
Irvine, CA 92614
Tel.: 949-852-8200 / Fax: 949-852-8282

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. 501, et seq. Complaint for copyright infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS | TORTS | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 340 Marine | BANKRUPTCY | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 445 American with Disabilities – Employment | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV09- 6076 MRP (RZx)

**FOR OFFICE USE ONLY:**   Case Number: _____

CV-71 (05/08)            CIVIL COVER SHEET                    Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Maricopa County, Arizona; New York County, New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | All counties within the United States where Ms. Myer's book, Breaking Dawn is sold |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date August 18, 2009

J. Craig Williams

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com