UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6076 ODW(RZx) | Date | November 4, 2009 |
|---|---|---|---|
| Title | Jordan Scott v. Stephanie Meyer, et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **Order Vacating Hearing on Defendants' Motion to Dismiss Complaint [15] (Filed 10/8/09)**

The hearing on the above-referenced motion, presently scheduled for November 9, 2009 at 1:30 p.m., is hereby VACATED. The matter stands submitted. An order will issue.

IT IS SO ORDERED.

:   00

Initials of Preparer   RGN