```
 1  ANDREW J. THOMAS (State Bar No. 159533)
       ajthomas@dwt.com
 2  DAVIS WRIGHT TREMAINE LLP
    865 S. Figueroa Street, Suite 2400
 3  Los Angeles, California 90017-2566
    Telephone:  (213) 633-6800
 4  Facsimile:   (213) 633-6899
 5
    ELIZABETH A. McNAMARA (admitted pro hac vice)
 6    lizmcnamara@dwt.com
    CHRISTOPHER J. ROBINSON (admitted pro hac vice)
 7    chrisrobinson@dwt.com
    DAVIS WRIGHT TREMAINE LLP
 8  1633 Broadway
    New York, New York 10019
 9  Telephone:  (212) 603-6437
    Facsimile:   (212) 489-8340
10
11  Attorneys for Defendants
    STEPHENIE MEYER; LITTLE, BROWN AND
12  COMPANY; HACHETTE BOOK GROUP, INC.;
    and MEGAN TINGLEY BOOKS
13
14
15              UNITED STATES DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA
17
```

| | |
|---|---|
| JORDAN SCOTT, an individual, | Case No. CV09-6076 ODW (RZx) |
| Plaintiff, | **JUDGMENT RE AWARD OF ATTORNEYS' FEES AND COSTS** |
| vs. | |
| STEPHENIE MEYER, an individual; LITTLE, BROWN AND COMPANY, a division of HACHETTE BOOK GROUP USA, INC.; HACHETTE BOOK GROUP, INC., a Delaware corporation; MEGAN TINGLEY BOOKS, a business entity of unknown form, and DOES 1 through 10, inclusive, | |
| Defendants. | |

On June 21, 2010, this Court entered an Order granting the motion for attorney's fees and costs filed by Defendants Stephenie Meyer, Little Brown and Company, Hachette Book Group, Inc. (sued under its own name and under the name Hachette Book Group USA, Inc.) and Megan Tingley Books (collectively, "Defendants"), and ordered that Defendants shall recover from Plaintiff Jordan Scott, attorney's fees and costs in the total amount of $80,097.19.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Judgment be entered against Plaintiff Jordan Scott and in favor of Defendants for recovery of Defendants' attorneys' fees and costs in the amount of $80,097.19.

THE CLERK SHALL ENTER THIS FINAL JUDGMENT.

DATED: __July 12, 2010____        _____
                                   UNITED STATES DISTRICT JUDGE

JUDGMENT RE FEES AND COSTS
DWT 13684570v3 3930170-000020
1
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899